Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**            **FORM 3**

|  |  |
|---|---|
| **AMERICAN KITCHEN CABINET ALLIANCE,** <br><br>                              **Plaintiff,** <br><br> v. <br><br> **UNITED STATES,** <br><br>                              **Defendant.** | Before: Hon. _____ <br><br> Court No. 23-00140 |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

---

1. Plaintiff, the American Kitchen Cabinet Alliance (the "AKCA"), is a coalition of domestic producers of wooden cabinets and vanities and components thereof and is therefore an interested party within the meaning of 19 U.S.C. § 1517(a)(6)(A)(iv). AKCA was a participant in the United States Customs and Border Protection's ("CBP") underlying Enforce and Protect Act ("EAPA") investigation and subsequent *de novo* administrative review. AKCA has standing to commence this action pursuant to 19 U.S.C. § 1517(g).
   (Name and standing of plaintiff)

2. AKCA contests certain aspects of the final administrative decision issued by the CBP, Office of Trade ("OT"), Regulations and Rulings in the *de novo* administrative review, pursuant to 19 U.S.C. § 1517(f), of the initial determination of evasion made by the CBP OT Trade Remedy & Law Enforcement Directorate, pursuant to 19 U.S.C. § 1517(c), in the EAPA investigation of Scioto Valley Woodworking, Inc, EAPA Case Number 7705.
   (Brief description of the contested determination)

3. June 12, 2023  final administrative determination.
   (Date of determination)

Form 3-1

4. <u>Not applicable.</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

                Roger B. Schagrin
                Luke A. Meisner

                **SCHAGRIN ASSOCIATES**
                900 7th Street, N.W.
                Suite 500
                Washington, DC 20001
                (202) 223-1700
                lmeisner@schagrinassociates.com

<u>/s/ Luke A. Meisner</u>
Signature of Plaintiff's Attorney

<u>July 11, 2023</u>
Date

**SEE REVERSE SIDE**

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Assistant Chief Counsel for Court of International Trade Litigation
United States Customs and Border Protection
26 Federal Plaza
New York, NY 10007
Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Commissioner
United States Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, DC 20229

Jeffrey S. Neeley
Husch Blackwell, LLP
1801 Pennsylvania Ave. N.W.
Suite 1000
Washington, D.C. 20006