**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| AMERICAN KITCHEN CABINET ALLIANCE,<br><br>        *Plaintiff,*<br>v.<br><br>UNITED STATES,<br><br>        *Defendant,*<br><br>and<br><br>SCIOTO VALLEY WOODWORKING, INC. D/B/A VALLEYWOOD CABINETRY,<br><br>        *Defendant-Intervenor.* | Court No. 23-00140 |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Lisa W. Wang.

Dated at New York, New York, this 21st day of February, 2024

                                                      /s/ Mark A. Barnett
                                                        Mark A. Barnett
                                                         Chief Judge