

CHAMBERS OF
LISA W. WANG
JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

October 31, 2024

Via CM/ECF

Re: <u>American Kitchen Cabinet Alliance v. United States</u>
Court No. 23-00140

To All Counsel:

    It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or before Monday, December 2, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Friday, November 15, 2024, in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

Very truly yours,

/s/    Lisa W. Wang
Lisa W. Wang, Judge