

UNITED STATES COURT OF INTERNATIONAL TRADE
1 Federal Plaza
New York, NY 10278

CHAMBERS OF
LISA W. WANG
JUDGE

September 12, 2025

Via CM/ECF

    Re: <u>American Kitchen Cabinet Alliance v. United States and Scioto Valley Woodworking Inc. d/b/a Valleywood Cabinetry</u>
        Court No. 23-00140

To All Counsel:

    It is my intention to issue a public version of the opinion in the above-captioned proceeding on or before Friday, October 10, 2025. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court by Friday, October 3, 2025, in writing, whether: (1) any information not already in brackets is confidential and should be double-bracketed in the public version; or (2) any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                      Very truly yours,

                                      /s/     Lisa W. Wang
                                      Lisa W. Wang, Judge