UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 12

American Kitchen Cabinet Alliance
Plaintiff,

v.

United States
Defendant.

Court No.   23-00140

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Andrew McAllister, Holland & Knight LLP has been substituted as attorney of record for defendant-intervenor in this action in place of Nithya Nagarajan, Jamie Shookman, Jeffrey Neeley, and Stephen William Brophy--Husch Blackwell, LLP.

Dated: 11/10/2025

Scioto Valley Woodworking, Inc. d/b/a Valleywood Cabinetry
Defendant-Intervenor

By: Andrew McAllister

* * * * * * * * *

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Scioto Valley Woodworking, Inc. d/b/a Valleywood Cabinetry, the defendant-intervenor herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Andrew McAllister.

Dated: 11/10/2025

Andrew McAllister
Attorney

Holland & Knight LLP, 800 17th St. NW 1100
Street Address

Washington, DC 20006
City, State and Zip Code

By: Andrew McAllister
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)