## UNITED STATES COURT OF INTERNATIONAL TRADE

AMERICAN KITCHEN CABINET
ALLIANCE,

          Plaintiff,

   v.

UNITED STATES,                       Before: Lisa W. Wang, Judge

          Defendant,           Court No. 23-00140

   and

SCIOTO VALLEY WOODWORKING, INC.
d/b/a VALLEYWOOD CABINETRY,

          Defendant-Intervenor.

## JUDGMENT

This case having been submitted for decision; and the court, after due deliberation,

having rendered its opinion, and now in conformity with that opinion, it is hereby:

     **ORDERED** that U.S. Customs and Border Protection's remand redetermination is

sustained.

                          /s/    Lisa W. Wang
                                Judge

Dated: May 26, 2026
      New York, New York